UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUBNA NAJI and AMAL NAJIEH
AOUM, individually and as next friend for
her minor children NAZIH BARJAS,
MOHAMAD BARJAS, and ZACK BARJAS,

Plaintiffs,

v.

ANDREW RICHARD LINCOLN,

Defendant.
_____/

Case No. 13-cv-10738

Paul D. Borman
United States District Judge

Mona K. Majzoub
United States Magistrate
Judge

ORDER (1) ADOPTING MAGISTRATE JUDGE MAJZOUB'S JUNE 23, 2014 REPORT
AND RECOMMENDATION (ECF NO. 22) AND
(2) DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 41(b) (ECF NO. 15)

On June 23, 2014, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to Deny Without Prejudice Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(b). (ECF No. 22, Report and Recommendation.)  Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation and DENIES WITHOUT PREJUDICE Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(b).  (ECF No. 15).

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: July 16, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 16, 2014.

s/Deborah Tofil
Case Manager