UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUBNA NAJI and AMAL NAJIEH
AOUM, individually and as next friend
for her minor children, NAZIH BARJAS,     Case No. 13-10738
MOHAMAD BARJAS and ZACK BARJAS,

                                        Paul D. Borman
              Plaintiffs,             United States District Judge

v.

ANDREW RICHARD LINCOLN,

              Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S OCTOBER 30, 2014 REPORT AND RECOMMENDATION (ECF NO. 26) AND AWARDING EXPENSES AND FEES TO THE DEFENDANT IN THE AMOUNT OF $78.00

On October 30, 2014, Magistrate Judge Majzoub issued a Report and Recommendation that the Court award expenses and fees to Defendant in the amount of $78.00. (ECF No. 26.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation and awards Defendant expenses and fees in the amount of $78.00.

IT IS SO ORDERED.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: November 24, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 24, 2014.

                                            s/Deborah Tofil
                                            Case Manager